# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER SMITH,** | ] | |
| **Plaintiff,** | ] | |
| v. | ] | 2:17-cv-01320-ACA |
| **CITY OF PELHAM,** | ] | |
| **Defendant.** | ] | |

## FINAL JUDGMENT

Consistent with the accompanying memorandum opinion, the court **ENTERS SUMMARY JUDGMENT** in favor of Defendant City of Pelham and against Plaintiff Jennifer Smith on her claims of sex discrimination, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Count One"), and retaliation, in violation of Title VII ("Count Two").

**DONE** and **ORDERED** this July 28, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE