# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER SMITH,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) **CIVIL ACTION NO.:** |
| **v.** | ) **2:17-CV-1320-ACA** |
|  | ) |
| **CITY OF PELHAM,** | ) |
|  | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

COMES NOW Plaintiff Jennifer Smith, by and through her attorney of record, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order entered on July 28, 2020 (Doc. 126 – entering Summary Judgment in favor of Defendant) and from all other interlocutory or final Orders or rulings affecting her rights entered by the Court prior to the entry of the final Order.

This Court granted Defendant's Motion for Summary Judgment on July 28, 2020 (Doc. 125) and entered final judgment in favor of Defendant that same day (Doc. 126). This Notice of Appeal is being filed within thirty (30) days of the entry of judgment for Defendant.  Rule 4(a)(1)(A) Fed. R. App. Proc.

Respectfully Submitted,

*/s/ Alicia K. Haynes*
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL**
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, AL 35226
Tel:   (205) 879-0377
Fax:   (205) 879-3572
akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 26th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

J. Bentley Owens, III
J. Frank Head
Grace Graham
ELLIS, HEAD, OWENS & JUSTICE
113 North Main Street
P.O. Box 587
Columbiana, Alabama 35051
Email:   bowens@wefhlaw.com
         jfhead@wefhlaw.com
         ggraham@wefhlaw.com

*/s/ Alicia K. Haynes*
OF COUNSEL