# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER SMITH,** | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NO.:** |
| v. | ) **2:17-CV-1320-ACA** |
| | ) |
| **CITY OF PELHAM,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Jennifer Smith and Defendant City of Pelham and pursuant to Federal Rules of Civil Procedure Rule 41 jointly stipulate that the above referenced action may be dismissed with prejudice as to all claims, causes of action, and parties, each party to bear her or its own costs and fees.

Respectfully submitted this 5th day of August, 2022.

| | |
|---|---|
| */s/ Alicia K. Haynes* | */s/ Grace Graham* |
| Alicia K. Haynes | J. Bentley Owens, III |
| Charles E. Guerrier | Grace Graham |
| Haynes & Haynes, PC | J. Frank Head |
| 1600 Woodmere Drive | Ellis, Head Owens, Justice & Arnold |
| Birmingham, Alabama  35226 | 113 North Main Street |
| | Columbiana, Alabama   35051 |
| */s/ Heather Newsom Leonard* | |
| Heather Newsom Leonard | **ATTORNEYS FOR DEFENDANT** |
| Heather Leonard P.C. | |
| 2105 Devereux Circle, Suite 111 | |
| Birmingham, Alabama 35243 | |

**ATTORNEYS FOR PLAINTIFF**